**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00157-CR**
_____

**JUAN CARLOS JIMENEZ-CORRALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 221st District Court
Montgomery County, Texas
Trial Cause No. 19-06-08521-CR

**MEMORANDUM OPINION**

Before this Court issued a decision, Juan Carlos Jimenez-Corrales filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2(a). The appellant and his attorney signed the motion. *See id.* We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on October 26, 2021
Opinion Delivered October 27, 2021
Do Not Publish

Before Kreger, Horton and Johnson, JJ.